USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/26/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

OBRA PIA LTD, et al.,

                Plaintiffs,                19-CV-07840 (RA)(SN)

      -against-                   **ORDER**

SEAGRAPE INVESTORS LLC, et al.,

                Defendants.
-----------------------------------------------------------------X
-----------------------------------------------------------------X

SEAGRAPE INVESTORS LLC,

                Plaintiff,                19-CV-09736 (RA)(SN)

      -against-

KALEIL ISAZA TUZMAN, et al.,

                Defendants.
-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      A discovery conference is scheduled for Friday, January 03, 2020, at 11:30 a.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, to discuss the issues raised in the parties' December 20, 2019 joint letter. If this date is unavailable for any party, they must contact Courtroom Deputy Rachel Slusher immediately at (212) 805-0286.

**SO ORDERED**.

                                                           SARAH NETBURN
                                                           United States Magistrate Judge

DATED:     December 26, 2019
                 New York, New York