UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

OBRA PIA LTD, et al.,

                **Plaintiffs,**          19-CV-07840 (RA)(SN)

-against-                    **ORDER**

SEAGRAPE INVESTORS LLC, et al.,

                **Defendants.**
-----------------------------------------------------------------X
-----------------------------------------------------------------X

SEAGRAPE INVESTORS LLC,

                **Plaintiff,**          19-CV-09736 (RA)(SN)

-against-

KALEIL ISAZA TUZMAN, et al.,

                **Defendants.**
-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

    The discovery conference currently scheduled for Friday, January 03, 2020, is RESCHEDULED for Wednesday, January 15, 2020, at 2:30 p.m in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York.

**SO ORDERED.**

                                                SARAH NETBURN
                                                United States Magistrate Judge

DATED:    January 2, 2020
                New York, New York