UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

OBRA PIA LTD, et al.,

                      Plaintiffs,                    19-CV-07480 (RA)(SN)

        -against-                              **ORDER**

SEAGRAPE INVESTORS LLC, et al.,

                      Defendants.
-----------------------------------------------------------------X
-----------------------------------------------------------------X

SEAGRAPE INVESTORS LLC,

                      Plaintiff,                    19-CV-09736 (RA)(SN)

        -against-

KALEIL ISAZA TUZMAN, et al.,

                      Defendants.
-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

On January 15, 2020, the parties appeared before me for a discovery conference. Discovery relating to the individual Defendants in 19-CV-09736 is stayed pending further order from the Court. The parties are directed to proceed with paper discovery in both cases. By March 20, 2020, the parties shall submit a joint letter updating the Court on the status of discovery and settlement negotiations in both cases.

**SO ORDERED**.

                                                           SARAH NETBURN
                                                          United States Magistrate Judge

DATED:     January 15, 2020
                New York, New York