```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
```

**OBRA PIA LTD, et al.,**

                             **Plaintiffs,**                          19-CV-07840 (RA)(SN)

           -against-

**SEAGRAPE INVESTORS LLC, et al.,**                          **ORDER**

                             **Defendants.**
```
-----------------------------------------------------------------X

-----------------------------------------------------------------X
```

**SEAGRAPE INVESTORS LLC,**

                            **Plaintiff,**                          19-CV-09736 (RA)(SN)

           -against-

**KALEIL ISAZA TUZMAN, et al.,**

                             **Defendants.**
```
-----------------------------------------------------------------X
```

**SARAH NETBURN, United States Magistrate Judge:**

    The parties shall file a joint letter by May 18, 2020, updating the Court on the status of discovery and settlement negotiations in these cases. The parties are also reminded to contact Courtroom Deputy Rachel Slusher at rachel_slusher@nysd.uscourts.gov to schedule a settlement conference for a time they believe would be productive. See ECF No. 58. Settlement conferences may be held over the phone. The Clerk of Court is respectfully requested to terminate the motion at ECF No. 59 in 19-cv-7840.

**SO ORDERED**.

                                                              SARAH NETBURN
                                                              United States Magistrate Judge

DATED:     April 16, 2020
                New York, New Yok