```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

OBRA PIA LTD, et al.,

                                Plaintiffs,           19-CV-07840 (RA)(SN)

        -against-                                     ORDER

SEAGRAPE INVESTORS LLC, et al.,

                                Defendants.
-----------------------------------------------------------------X
-----------------------------------------------------------------X

SEAGRAPE INVESTORS LLC,

                                Plaintiff,            19-CV-09736 (RA)(SN)

        -against-

KALEIL ISAZA TUZMAN, et al.,

                                Defendants.
-----------------------------------------------------------------X
```

**SARAH NETBURN, United States Magistrate Judge:**

The Court's April 16, 2020 Order, ECF No. 64 in 19-cv-9736, directed the parties to file a joint letter by May 18, 2020, updating the Court on the status of discovery and settlement in these cases. The parties have not filed a status letter. No later than May 28, 2020, the parties shall file a status letter. If the parties have not reached a settlement, they should also contact the Court to reschedule the April 8, 2020 settlement conference.

**SO ORDERED**.

_____
SARAH NETBURN
United States Magistrate Judge

DATED:  May 26, 2020
        New York, New York