UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 8-21-20
```

OBRA PIA LTD., et al.,

           Plaintiffs,

-v-

SEAGRAPE INVESTORS LLC AND EDWARD V. MULLEN,

           Defendants.

SEAGRAPE INVESTORS LLC,

           Plaintiff,

-v-

KALEIL ISAZA TUZMAN, et al.,

           Defendant.

19-CV-7840 (RA)
19-CV-9736 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      No later than August 27, 2020, the parties shall file supplemental letters, no more than 4 pages in length, supporting their positions as to whether the law of the British Virgin Islands or the law of New York applies to the breach of fiduciary duty claims asserted in both actions, as well as confirming that New York law applies to the remainder of the claims in these related cases. The parties shall support their positions with relevant, controlling legal authority where applicable.

SO ORDERED.

Dated:    August 21, 2020
           New York, New York

_____
Ronnie Abrams
United States District Judge