**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
OBRA PIA LTD., KIT CAPITAL, LTD., OBRA
PIA (US) FEEDER, LP, AND KALEIL ISAZA
TUZMAN,

                                    Plaintiffs,

        -against-                                                      19 **CIVIL** 7840 (RA)

                                                                                   **JUDGMENT**

SEAGRAPE INVESTORS LLC AND
EDWARD V. MULLEN,

                                    Defendants.
-------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated September 25, 2020, Defendants' motion to dismiss is granted and Obra Pia's cross-motion for domestication of a foreign judgment is denied; accordingly, this case is closed.

**Dated:**  New York, New York
             September 25, 2020

                                                                             **RUBY J. KRAJICK**
                                                                        _____
                                                                          **Clerk of Court**
                                                         **BY:**
                                                                        _____
                                                                           **Deputy Clerk**